UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                                                                             21-MJ-612

JASON SIPLIN,
JID# 218936

                      Defendant

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO:   CHARLES F. SALINA, United States Marshal, Western District of New York, or his Deputies or Designees (including state or local Law Enforcement Officers); and any Federal Law Enforcement Officer

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of JASON SIPLIN, JID# 218936, now detained in the Monroe County Jail at Rochester, New York, before the Honorable Mark W. Pedersen, United States Magistrate Judge, in and for the Western District of New York at the United States Courthouse in the City of Rochester, New York for status, on the 21st day of June, 2021, at 9:30 AM, and thereafter said JASON SIPLIN, JID# 218936, is to be returned to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Rochester, New York, this ____ day of June, 2021.

*Mary C. Loewenguth*

MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARSHALS RETURN
I HAVE PARTIALLY/**FINALLY** EXECUTED THIS **WHCAP** BY TAKING CUSTODY OF THE WITHIN NAMED **J. Siplin** AT **MCJ** ON **6/21/21** AND DELIVERING **him** TO **Rochester Federal Courthouse** FOR FURTHER TRANSFER TO **MCJ**

**C. Salina**
US MARSHAL

BY **MJA**
DUSM WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                                 21-MJ-612

JASON SIPLIN JR.,
JID# 601465

                Defendant

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO:    CHARLES F. SALINA, United States Marshal, Western District of New York, or his Deputies or Designees (including state or local Law Enforcement Officers); and any Federal Law Enforcement Officer

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of JASON SIPLIN JR., JID# 601465, now detained in the Monroe County Jail at Rochester, New York, before the Honorable Mark W. Pedersen, United States Magistrate Judge, in and for the Western District of New York at the United States Courthouse in the City of Rochester, New York for status, on 21st day of June, 2021, at 9:30 AM, and thereafter said JASON SIPLIN JR., JID# 601465, is to be returned to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Rochester, New York, this 21 day of June, 2021.

*Mary C. Loewenguth*

MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARSHALS RETURN
I HAVE PARTIALLY/FINALLY EXECUTED THIS WHCAP BY TAKING CUSTODY OF THE WITHIN NAMED J. Siplin Jr AT MCJ ON 06-21-21 AND DELIVERING n.m TO Rochester Fed court FOR FURTHER TRANSFER TO MCJ

BY C. Salina
US MARSHAL
DUSM WDNY