IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON SIPLIN, JR. a/k/a Mush,

Defendant.

22-CR-6003-FPG

**INFORMATION**
(Felony)

**Violation:**
21 U.S.C. § 846

(1 Count and 1 Forfeiture
Allegation)

## COUNT 1

### (Narcotics Conspiracy)

### The United States Attorney Charges That:

Between in or about August 2020, and on or about May 19, 2021, the exact dates being unknown to the United States Attorney, in the Western District of New York, and elsewhere, the defendant, **JASON SIPLIN, JR. a/k/a Mush**, did knowingly, willfully, and unlawfully combine, conspire, and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture or substance containing cocaine, a Schedule II controlled substance, and quantities of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the controlled substance offense alleged in Count 1 of this Information, the defendant, **JASON SIPLIN, JR. a/k/a Mush**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including, but not limited to the following:

a.     the sum of approximately $63,099 in United States currency seized on or about May 19, 2021, during the execution of a search warrant on a Nissan Sentra, bearing New York registration HUT4236, and the defendant's person, in Rochester, New York.

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).**

DATED:     Rochester, New York, ~~July~~ August 2 ___, 2022.

TRINI E. ROSS
United States Attorney

BY: _____

MATTHEW T. MCGRATH
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14202
585/399-3965
matthew.mcgrath@usdoj.gov

2